THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JONAS SCHRIFT, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and the facts and a new trial ordered. We are of opinion that the interests of justice require a new trial. Appeal from order denying motion for a new trial on the ground of newly-discovered evidence dismissed. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SPIEGEL, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. Order of January 22, 1931, denying defendant's motion to withdraw his plea of guilty and enter a plea of not guilty in lieu thereof unanimously affirmed. Appeal from the order of March 27, 1931, denying defendant's motion for reargument, dismissed on the ground that the order is not appealable. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

FREDERICK H. TIPLIN, Appellant, v. W. N. BAYLIS and WARREN J. ELDREDGE, Defendants; WILLIAM W. HUBBARD, Respondent.— Judgment unanimously affirmed, with costs to the respondent. In our opinion, the plaintiff failed to establish his claim that the tax deed to Hubbard of parcel 57 includes any of plaintiff's land. At all events it cannot be said that the findings of the trial court on this question are against the weight of the evidence. We think, however, that the eleventh finding of fact should be struck out and a new finding made to the effect that the tax deeds held by defendant Hubbard do not include any part of plaintiff's land. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. Settle order on notice.

SAMUEL WEINSTEIN and Others, Copartners, Doing Business under the Firm Name and Style of MUTUAL DIAMOND AND WATCH COMPANY, Appellants, v. MAX COHEN and Others, Defendants, and MILTON SARNER, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted removing the actions in Municipal Court to the Supreme Court and consolidating said Municipal Court actions with the action at issue in the Supreme Court, with ten dollars costs, on the ground that there are common questions of law and fact in all the actions and that it will promote the prompt dispatch of litigated business and avoid a multiplicity of suits without prejudice to the substantial rights of any of the parties by making such consolidation. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

PIERRE L. WILLIS, Appellant, v. MARION B. QUICK, Individually and as Executrix, etc., of HENRY S. WILSON, Deceased, Respondent.— Order modified by striking therefrom items 1 to 6, inclusive, and as so modified affirmed, without costs; examination to proceed on five days' notice. We are of opinion that there is no necessity for the examination of the plaintiff as to matters contained in items 1 to 6, inclusive. As to items 7 to 14, inclusive, we are of opinion that the exercise of discretion by the Special Term should not be disturbed. (*Oshinsky* v. *Gumberg*, 188 App. Div. 23.) Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.